No. 72–598. FOURNIER *v.* UNITED STATES. C. A. 5th Cir. Motion to dispense with printing petition granted. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–665. HACKENSACK MEADOWLANDS DEVELOPMENT COMMISSION *v.* TRANSCONTINENTAL GAS PIPE LINE CORP. C. A. 3d Cir. Certiorari denied. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 72–684. STEPHENS, INC. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 72–698. HOUSE *v.* HOUSE. Ct. App. Cal., 4th App. Dist. Motion of respondent to dispense with printing brief granted. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 71–1509. UNITED STATES *v.* JIM ET AL., *ante,* p. 80;

No. 71–1612. UTAH ET AL. *v.* JIM ET AL., *ante,* p. 80;

No. 71–6690. KEENY *v.* SWENSON, WARDEN, *ante,* p. 1027;

No. 71–6751. DAWN, DBA GAME CO. *v.* STERLING DRUG, INC., ET AL., *ante,* p. 865;

No. 72–246. INTERSTATE COMMERCE COMMISSION *v.* IML SEATRANSIT, LTD., ET AL., *ante,* p. 1003;

No. 72–266. STONE *v.* STONE ET AL., *ante,* p. 1000;

No. 72–299. PILGRIM EQUIPMENT COMPANY OF HOUSTON *v.* TEXAS ET AL., *ante,* p. 982;

No. 72–337. ROSS *v.* UNITED STATES ET AL., *ante,* p. 984; and

No. 72–365. REILLEY *v.* REILLEY, *ante,* p. 1003. Petitions for rehearing denied.